UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re                           )
                                )
CAMBRIDGE CAPITAL GROUP,        )        Miscellaneous No. 07-49
INC.,                           )        [Case No. 03-01178
                                )         (Chapter 7)
                Debtor.         )         in the Bankruptcy Court]
_____ )
                                )
WILLIAM D. WHITE, CHAPTER 7     )
TRUSTEE,                        )
                                )
                Plaintiff,      )
                                )
        v.                      )        [Adversary Proceeding No.
                                )         06-10007 in the Bankruptcy
ASHLEY CUMMINGS,                )         Court]
                                )
                Defendant.      )

ORDER SPECIALLY DESIGNATING BANKRUPTCY
JUDGE TO CONDUCT A JURY TRIAL IN ADVERSARY PROCEEDING

The Bankruptcy Court has submitted a Request to the District

Court to Specially Designate the Bankruptcy Judge to Conduct a

Jury Trial in Adversary Proceeding or, in the Alternative, to

Withdraw the Adversary Proceeding to the District Court.  Having

determined that the interests of justice warrant not withdrawing

the adversary proceeding for conduct of the jury trial in the

District Court, and warrant instead conduct of the jury trial in

the Bankruptcy Court, it is

ORDERED that pursuant to 28 U.S.C. § 157(e), the Bankruptcy

Judge assigned the adversary proceeding is specially designated

to conduct the jury trial in this adversary proceeding.


Dated: February 5, 2007.        _____
                                Thomas F. Hogan
                                Chief United States District Judge

Copies to:

Charles H. Bogino, Esq.
Law Office of Charles H. Bogino
The Concord Bldg.
10605 Concord Street, Suite 410
Kensington, MD 20895
[Counsel for Plaintiff]

Ira C. Wolpert, Esq.
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814
[Counsel for Defendant]

Clerk, Bankruptcy Court

Honorable S. Martin Teel, Jr.
United States Bankruptcy Judge


2